UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CAITFLO, LLC,
*for themselves and all others similarly situated*,
CALABASH, LLC.,
*for themselves and all others similarly situated,*

      Plaintiff(s),

  -vs-

SPRINT COMMUNICATIONS COMPANY, LP,
WILTEL COMMUNICATIONS, LLC,

      Defendant(s).

3:11-CV-497(WWE)

## J U D G M E N T

A notice of proposed dismissal [22] of the above-captioned action having been sent to counsel of record on June 13, 2012, pursuant to this Court's Local Rule 41(a) and,

No action having been taken by counsel subsequent to such notice and no satisfactory explanation having been submitted to the Court within twenty (20) days of such notice;

It is ORDERED that this action is dismissed without costs to any party.

Dated at Bridgeport, Connecticut, this 11th day of July, 2012.

      ROBIN D. TABORA, Clerk

      By  s/Bryan J. Blough
      Bryan J. Blough
      Deputy Clerk